# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cynthia D Nichols                    CHAPTER 13
             Debtor(s)

BKY. NO. 18-13453 amc

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                    Respectfully submitted,
                                    **/s/ Kevin G. McDonald, Esq.**
                                    Kevin G. McDonald, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322