IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Cynthia D. Nichols | : | No. 18-13453-AMC |
| Debtor |  |  |

ANSWER TO MOTION OF NATIONSTAR MORTGAGE, LLC
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted

8. Denied. The Debtor is current.

9. Denied for both.

10. Denied.

11. Denied for all.

12. Denied.

13. Denied.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 09/28/18