IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :       CHAPTER 13
    Cynthia D. Nichols          :       No. 18-13455-AMC
        Debtor

CERTIFICATE OF SERVICE


     The undersigned hereby certifies that a true and correct
copy of the foregoing Answer to Motion for Relief was served on
September 28, 2018 on the Chapter 13 Interim Trustee, William C.
Miller, Esquire by electronic mail along with the following
creditor:

KEVIN S. FRANKEL on behalf of Nationstar Mortgage LLC
pa-bk@logs.com


                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                               601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600


9/28/18