IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Cynthia D. Nichols | : Case No. 18-13453-AMC |
| Debtor | |

### CERTIFICATION OF SERVICE

I, David M. Offen, attorney for the above named debtor, hereby certify that a true and correct copy of the Motion Determine Valuation of Secured Debt and Notice of Hearing was served via electronic mail on the Standing Chapter 13 Trustee, William C. Miller, Esq. on November 19, 2018, and by first class regular mail upon the following:

Toyota Motor Credit Corporation
ATTN: Natalie E. Lea          *Filed Proof of Claim*
PO Box 9013
Addison, TX 75001


                              /s/  David M. Offen
                              Attorney for Debtor
                              Suite 160 West, Curtis Ctr.
                              601 Walnut Street
Dated: 11/19/18               Philadelphia, PA  19106
                              215-625-9600