IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Cynthia D. Nichols : Case No. 18-13453-AMC
    Debtor

CERTIFICATION OF SERVICE

I, David M. Offen, attorney for the above named debtor, hereby certify that a true and correct copy of the Motion Determine Valuation of Secured Debt and Notice of Hearing was served via electronic mail on the Interim Trustee, William C. Miller, Esq. on December 19 2018, and by first class regular mail upon the following:

Toyota Motor Credit Corporation            *Filed Proof of Claim*
Attention: Natalie E. Lea
PO Box 9013
Addison, TX 75001

                                         /s/  David M. Offen
                                         Attorney for Debtor
                                         Suite 160 West, Curtis Ctr.
                                         601 Walnut Street
Dated: 12/19/18                       Philadelphia, PA  19106
                                         215-625-9600