IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re    Cynthia D. Nichols | ) | Chapter 13 |
| Debtor | ) | |
| | ) | No. 18-13453-AMC |
| | ) | |
| | ) | |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Determine Value of Property and respectfully request that the Order attached to the Motion be approved.

                                    /s/David M. Offen
                                    David M. Offen
                                    Attorney for Debtor

Date: 12/20/18