```
                  UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                    :      CHAPTER 13

     Cynthia D. Nichols        :      No. 18-13453-AMC
```

## PRAECIPE  TO WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw the Response to the Certificate of No Response filed December 20, 2018.


/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106

Dated: 12/20/18