IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                    :          Chapter 13
CYNTHIA D. NICHOLS,                                 :
                                                    :          Bankruptcy No. 18-13453 (AMC)
                              Debtor.               :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #54 filed by the City of Philadelphia on April 23, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 3, 2019     By:     /s/ Pamela Elchert Thurmond
                                PAMELA ELCHERT THURMOND
                                Deputy City Solicitor
                                PA Attorney I.D. 202054
                                City of Philadelphia Law Department
                                1401 JFK Blvd., 5th Floor
                                Philadelphia, PA  19102-1595
                                215-686-0508 (phone)
                                215-686-0588 (facsimile)
                                Email: Pamela.Thurmond@phila.gov