IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Cynthia D. Nichols | : | |
| | : | No: 18-13453-AMC |
| Debtor | : | |

O R D E R

AND NOW, this 17th day of June, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE


cc:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Cynthia D. Nichols

PAYROLL CONTROLLER
Commonwealth of PA