United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13453-amc
Cynthia D Nichols                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP                 Page 1 of 1              Date Rcvd: Jul 15, 2019
                             Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Cynthia D Nichols,    4912 Woodcrest Avenue,    Philadelphia, PA 19131-2612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Cynthia D Nichols dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Cynthia D. Nichols        )   Chapter 13
                                   )
         Debtor                    )   18-13453-AMC
                                   )
                                   )

ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $4,000.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

**July 15, 2019**
DATED:                               _____
                                     HONORABLE ASHELY M. CHAN
                                     UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire