United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13453-amc
Cynthia D Nichols                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2                Date Rcvd: Jan 28, 2020
                             Form ID: pdf900          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
```
db            +Cynthia D Nichols,    4912 Woodcrest Avenue,    Philadelphia, PA 19131-2612
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Boulevard,
               Coppell, TX 75019-4620
14112272      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14165727      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
               Tucson, AZ 85712-1083
14112275      +Citibank/The Home Depot,    PO Box 790040,    Saint Louis, MO 63179-0040
14173228       Credit First National Association,    PO Box 818011,    Cleveland, OH  44181-8011
14112277      +Credit First/CFNA,    6275 Eastland Road,    Brookpark, OH 44142-1399
14112280       First Premier Bank,    P.O. Box 5147,    Sioux Falls, SD 57117-5147
14112282       Main Line Emergency Med Assoc,    PO Box 415751,    Boston, MA 02241-5751
14112283      +Midwest Recovery,    PO Box 899,    Florissant, MO 63032-0899
14112284      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14122734      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14197378      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Kevin S Frankel, LLC,    Shapiro & DeNardo,
               3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14112287      +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
14112290      +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14112291      +ShopNow Pay Plan,    PO Box 2852,    Monroe, WI 53566-8052
14112292      +Sterling Credit Corporation,    P.O. Box 675,    Spring House, PA 19477-0675
14112296     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corp,      P.O. Box 8026,    Cedar Rapids, IA 52408)
14112295       Target,    c/o Financial & Retail Services,    Minneapolis, MN 55440
14439985       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
14120479      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14112297      +Trumark Financial CU,    1000 Northbrook Drive,    Trevose, PA 19053-8430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 29 2020 03:14:11      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2020 03:13:55
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 29 2020 03:14:07       U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: megan.harper@phila.gov Jan 29 2020 03:14:11      CITY OF PHILADELPHIA,
               Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
               Philadelphia, PA 19102-1613
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 03:18:41      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14112270      +E-mail/Text: broman@amhfcu.org Jan 29 2020 03:14:03      American Heritage Fcu,
               2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14112274      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 29 2020 03:14:18       CCS Collections,
               725 Canton Street,    Norwood, MA 02062-2679
14223776       E-mail/Text: megan.harper@phila.gov Jan 29 2020 03:14:11      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
14112273      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2020 03:18:41       Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
14312839      +E-mail/Text: megan.harper@phila.gov Jan 29 2020 03:14:11      City of Philadelphia,
               c/o PAMELA ELCHERT THURMOND,    Water Revenue Bureau,    City of Philadelphia Law Department,
               1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1663
14112276      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 29 2020 03:13:51       Comenity Bank/Dress Barn,
               PO Box 182125,    Columbus, OH 43218-2125
14112278      +E-mail/Text: G06041@att.com Jan 29 2020 03:14:06      Direct TV,    PO Box 5008,
               Carol Stream, IL 60197-5008
14112279      +E-mail/Text: mrdiscen@discover.com Jan 29 2020 03:13:47      Discover Bank,    PO Box 3025,
               New Albany, OH 43054-3025
14112281      +E-mail/Text: cio.bncmail@irs.gov Jan 29 2020 03:13:49      Internal Revenue,    PO Box 7346,
               Philadelphia, PA 19101-7346
14172805       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 03:16:53
               LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
               Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14174513      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2020 03:14:01      MIDLAND FUNDING LLC,
               PO Box 2011,    Warren, MI 48090-2011
14112285       E-mail/Text: bnc@nordstrom.com Jan 29 2020 03:13:49      Nordstrom FSB Colorado Svc Center,
               PO Box 6566,    Englewood, CO 80155-6566
14112286      +E-mail/PDF: cbp@onemainfinancial.com Jan 29 2020 03:17:40      Onemain Financial/Citifinancial,
               6801 Colwell Blvd.,    Irving, TX 75039-3198
14112289       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:16:50
               Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0313-2          User: PaulP                  Page 2 of 2                  Date Rcvd: Jan 28, 2020
                              Form ID: pdf900              Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14163323       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:34:18
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14112752      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:16:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14112288      +E-mail/Text: bankruptcy@philapark.org Jan 29 2020 03:14:18       Philadelphia Parking Authority,
                 P.O. Box 41818,    Philadelphia, PA 19101-1818
14172039      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 03:14:04       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14173155      +E-mail/Text: bncmail@w-legal.com Jan 29 2020 03:14:03       Select Medical,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14112293      +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 03:18:41       Synch/Lord & Taylor,
                 Attn Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
14112294      +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 03:18:41       Synchrony Bank/Lowes,
                 PO Box 965064,    Orlando, FL 32896-5064
14112298      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 29 2020 03:13:46
                 Verizon,    PO Box 15124,    Albany, NY 12212-5124
14112299      +E-mail/Text: megan.harper@phila.gov Jan 29 2020 03:14:11       Water Revenue Bureau,
                 1401 JFK Blvd,    Philadelphia, PA 19102-1663
14112300      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 29 2020 03:14:17       Webank/Gettington,
                 215 S State Street,    Suite 1000,    Salt Lake City, UT 84111-2336
                                                                                               TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14112271     ##+Bank of America,   Nc4-105-03-14,    PO Box 26012,   Greensboro, NC 27420-6012
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Cynthia D Nichols dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor   CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              Chapter 13
CYNTHIA D NICHOLS

                Debtor                    Bankruptcy No. 18-13453-AMC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 28, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
CYNTHIA D NICHOLS

4912 WOODCREST AVENUE

PHILADELPHIA, PA 19131